IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:09CR031 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGE ANN ALDRICH |
| | ) | |
| LISET REYES, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | **ORDER OF TRANSFER OF A** |
| | ) | **RELATED CASE** |

Pursuant to Administrative Order No. 160 and Local Rule 57.9(b)(3), a case may be reassigned as related with the concurrence of both the transferee and transferor judges. The government filed a motion [doc. 2] on 1-21-09 to transfer the above case to Judge Adams as related to case 5:08CR379.

The motion is granted and the undersigned transferee and the transferor judges consent to the transfer of this case to the docket of Judge Adams.

    s/Ann Aldrich
JUDGE ANN ALDRICH

    s/John R. Adams
JUDGE JOHN R. ADAMS

**Dated: January 21, 2009**